### GREEN v. ALEXANDER.

A judgment of the superior court rendered on appeal from a justice's court is not void so as to be attacked by affidavit of illegality on the ground that the justice's court was not held "at a court-house established according to law," both parties having had their day in the superior court.   Code, §3671.          Judgment affirmed.
December 7, 1891.

Justices' courts. Judgments. Illegality. Before Judge RICHARD H. CLARK. Clayton superior court. March term, 1891.

Illegality was interposed by Green, the defendant, to the levy of an execution against him.   One ground of illegality was, because the fi. fa. issued from a judgment of the superior court based upon an appeal from the judgment of the justice's court of a certain district, which justice's court judgment was null and void because not rendered at a court-house established according to law in said district.   The illegality was dismissed for insufficiency, and Green excepted.
v 88-11.

HUTCHESON & KEY, for plaintiff in error, cited 70 *Ga.* 685; 76 *Ga.* 741; Code, §§462, 5153.

ROAN & GOLIGHTLY, *contra,* cited 69 *Ga.* 180; 73 *Ga.* 542.